QUAKER ICE CREAM CORPORATION v. STEWART'S RESTAURANTS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GUSTAV C. WEDEKIND and OSWALD F. MARQUARDT v. MELODY CARD CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALICE L. BUSCH and Another, Suing, etc. EMANUEL MOSKOWITZ v. THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK and Another.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See 253 App. Div. 595.] Motion for a stay denied without prejudice to an application to the Court of Appeals, upon the taking of the appeal as granted herein. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THEA RASCHE v. NEW YORK TRIBUNE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

CHARLES JONELUNES v. DICKRAM H. DADOURIAN, d/b/a DADOURIAN & Co., at 365 Cherry St., New York City.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Execution of judgments stayed, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of AGNES BRENNER, Administratrix, etc., of WILLIAM BRENNER, for an Order against HENRY E. BRUCKMAN, Chairman of the State Liquor Authority, and Another.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BELA KRAUSZ v. THE TRAVELERS INSURANCE COMPANY OF HARTFORD, CONNECTICUT.— Motion for reargument granted, and upon such reargument the determination appealed from is modified by providing that plaintiff recover of the defendant the sum of $33.20 with interest, and as so modified affirmed, without costs. Order entered April 29, 1938, vacated. [See ante, p. 100.] Motion for leave to appeal to the Court of Appeals from the order as modified granted. Settle orders on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

SARA WELT KAKELS v. GEORGE LAWRIE REALTY COMPANY, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.